IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1956 (BNB)

MARK E. DAVIS,

    Plaintiff(s),

v.

CASE/MANAGER GARY HOFFMAN, in his individual capacity;
SERGEANT, FAY HARDING, in her individual capacity;
SERGEANT, MICHAEL SHELLEY, in his individual capacity;
CORRECTIONAL OFFICER, ANTON EVANS, in his individual capacity;
CORRECTIONAL OFFICER, MELISSA HUFF, in her individual capacity;
SERGEANT, CONNIE JOANN SCHLICHENMAYER, in her individual capacity;
SERGEANT, PHIL BLANKENSHIP, in his individual capacity;
CAPTAIN, STEVE LOCKHART, in his individual capacity;
MAJOR, JAMES DAY, in his individual capacity;
ASSOCIATE WARDEN, DELAYNE TORNOWSKI, in his individual capacity;
CASE MANAGER LEVEL III, ROBERT KAHANIC, in his individual capacity;
WARDEN, GARY WATKINS, in his individual capacity;
EXECUTIVE DIRECTOR, JOE ORTIZ, in his individual capacity,

    Defendant(s).
_____

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**
_____

THIS MATTER is before the Court in connection with Defendants' Motion for Summary Judgment, filed November 5, 2004 (the "Motion").  The matter was referred to Magistrate Judge Boyd N. Boland by Order of Reference dated December 30, 2003. Magistrate Judge Boland issued a Recommendation on October 25, 2005, that the Motion be granted and that summary judgment enter in favor of the Defendants on all of the Plaintiff's claims.  *Recommendation* at 1.  The Recommendation is incorporated

herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), F<small>ED</small>. R. C<small>IV</small>. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  *Id.* at 11.  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland comports with sound legal authority and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that there is no genuine issue as to any material fact and that the Defendants are entitled to judgment as a matter of law.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland dated October 25, 2005, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

ORDERED that Defendants' Motion for Summary Judgment, filed November 5 2004, is **GRANTED**, and the case between Plaintiff Mark E. Davis and all Defendants is hereby **DISMISSED WITH PREJUDICE.**

Dated: November 14, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge