IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-D-1956 (BNB)

MARK E. DAVIS,

    Plaintiff(s),

v.

CASE/MANAGER GARY HOFFMAN, in his individual capacity;
SERGEANT, FAY HARDING, in her individual capacity;
SERGEANT, MICHAEL SHELLEY, in his individual capacity;
CORRECTIONAL OFFICER, ANTON EVANS, in his individual capacity;
CORRECTIONAL OFFICER, MELISSA HUFF, in her individual capacity;
SERGEANT, CONNIE JOANN SCHLICHENMAYER, in her individual capacity;
SERGEANT, PHIL BLANKENSHIP, in his individual capacity;
CAPTAIN, STEVE LOCKHART, in his individual capacity;
MAJOR, JAMES DAY, in his individual capacity;
ASSOCIATE WARDEN, DELAYNE TORNOWSKI, in his individual capacity;
CASE MANAGER LEVEL III, ROBERT KAHANIC, in his individual capacity;
WARDEN, GARY WATKINS, in his individual capacity;
EXECUTIVE DIRECTOR, JOE ORTIZ, in his individual capacity,

    Defendant(s).
_____

**ORDER**
_____

    THIS MATTER is before the Court on Plaintiff's "Motion for Enlargement of Time" - Out of Time, filed on November 14, 2005, ("Motion for Enlargement") in which Plaintiff requests an unspecified enlargement of time to file written objections to the Recommendation of the United States Magistrate Judge Boyd N. Boland, issued October 25, 2005 ("Recommendation").  In the Recommendation, Magistrate Judge Boland recommends that Defendants' Motion for Summary Judgment, filed November 5, 2004, be granted and that summary judgment enter in favor of the Defendants on all

of the Plaintiff's claims. *Recommendation* at 1. The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. *Id.* at 11. The Recommendation was Adopted and Affirmed by this Court on November 14, 2005.

In the Motion for Enlargement, filed November 14, 2005, Plaintiff states that he received a copy of the Recommendation on October 28, 2005. However, Defendant did not file an objection to the Recommendation on or before November 11, 2005. Plaintiff states in his Motion for Enlargement that the Limon Correctional Facility, where he currently resides, has been in "lock-down" status since November 1, 2005, but does not explain how this has impacted his ability to file a timely objection or a timely request for extension. As stated in my Order of November 14, 2005, I have reviewed Magistrate Judge Boland's Recommendation and I am satisfied that it comports with sound legal authority and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that there is no genuine issue as to any material fact and that the Defendants are entitled to judgment as a matter of law. Therefore, it is

ORDERED that Plaintiff's "Motion for Enlargement of Time" - Out of Time, filed on November 14, 2005, is **DENIED**.

Dated: November 17, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge
