IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01956-WYD-BNB

MARK E. DAVIS,

        Plaintiff,

v.

CASE/MANAGER GARY HOFFMAN, in his individual capacity;
SERGEANT, FAY HARDING, in her individual capacity;
SERGEANT, MICHAEL SHELLEY, in his individual capacity;
CORRECTIONAL OFFICER, ANTON EVANS, in his individual capacity;
CORRECTIONAL OFFICER, MELISSA HUFF, in her individual capacity;
SERGEANT, CONNIE JOANN SCHLICHENMAYER, in her individual capacity;
SERGEANT PHIL BLANKENSHIP, in his individual capacity;
CAPTAIN, STEVE LOCKHART, in his individual capacity;
MAJOR, JAMES DAY, in his individual capacity;
ASSOCIATE WARDEN, DELAYNE TORNOWSKI, in his individual capacity;
CASE MANAGER LEVEL III, ROBERT KAHANIC, in his individual capacity;
WARDEN, GARY WATKINS, in his individual capacity;
EXECUTIVE DIRECTOR, JOE ORTIZ, in his individual capacity,

        Defendants.

ORDER TO CURE DEFICIENCY

Daniel, Judge

      Plaintiff submitted a Noitce of Appeal on June 30, 2006. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted

  __ is missing affidavit
  __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __ is missing required financial information
  __ is missing an original signature by the prisoner
  __ is not on proper form (must use the court's current form)
  __ other_____

Accordingly, it is

  ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  Dated: July 5, 2006

          BY THE COURT:

          s/ Wiley Y. Daniel
          Wiley Y. Daniel
          U. S. District Judge